Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 59229.**—Ketchikan Meat Company *v.* United States, protests 226804–K, etc. (Juneau, Alaska).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 59230.**—National Carloading Corp. et al. *v.* United States, protests 228293–K, etc. (New York).

Opinion by JOHNSON, J.   It was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed, not found, or as manifested, not found, were not in fact received by the importers.   In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as not landed, not found, or as manifested, not found.   The protests were sustained to this extent.

**No. 59231.**—Geo. E. Athans Co. *v.* United States, protest 254509–K (New York).

Opinion by JOHNSON, J.   It was stipulated that the issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the merchandise consisting of 14 barrels of black olives in brine, reported by the inspector as manifested, not found, was not in fact imported.   In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found.   The protest was sustained to this extent.